**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 21, 2024.**



_____
**MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MARKUS WASHINGTON, | § | CASE NO. 24-51992-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 13 |

### ORDER WITHDRAWING ORDER TO APPEAR AND SHOW CAUSE

On October 21, 2024, the Court considered its *Order to Appear and Show Cause* (ECF No. 5) and determined it should be withdrawn for the reasons stated on the record at that hearing. However, the Debtor will not receive a discharge in this case because the Debtor received a discharge under chapter 7 during the four-year period preceding the filing of this case. 11 U.S.C. § 1328(f)(1). It is, therefore,

**ORDERED** that the above-referenced *Order* is hereby **WITHDRAWN**. It is further

**ORDERED** that the above-captioned Debtor will not receive a discharge in this case.

# # #