# In the United States Bankruptcy Court
## Western District of Texas/San Antonio Division

IN RE:  
Markus Washington

CHAPTER 13

182 Lantana Path  
Castroville Tx 78009

CASE NO: 24-51992 P

## Trustee's Notice of Intent to Pay Claims

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS. IF NO TIMELY RESPONSE IS FILED WITHIN 21 DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD. A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD. ANY RESPONSE MUST BE TIMELY FILED WITH THE UNITED STATES BANKRUPTCY CLERK, WESTERN DISTRICT OF TEXAS, 615 E HOUSTON ROOM 597, SAN ANTONIO, TX. 78205. IF A TIMELY RESPONSE IS FILED, THE COURT WILL THEN SET A HEARING ON THE MOTION, AND YOU WILL BE PROVIDED WITH NOTICE OF THE DATE, TIME, AND PLACE OF HEARING. IF YOU DO NOT ATTEND THE HEARING, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE MOTION.**

Now comes the Standing Chapter 13 Trustee who reports that the claims bar date for all creditors in this case except government authorities was December 12, 2024. The claims bar date for government authorities was April 01, 2025. The claims received and the court's claim register have been examined. The Trustee finds that the following claims were filed timely. The claim amount is in the "Amount" column.

## Filed Claims

| Name and Address of Creditor | Amount | Clm# | Classification |
|---|---|---|---|
| Freedom Mortgage Corporation<br>Bankruptcy Department<br>11988 Exit 5 Pkwy Bldg 4<br>Fishers,IN 46037-7939 | $26,295.05 | 4 | Prepetition Arrears<br>Acct No: 0719<br>182 Lantana Path Castroville, Tx 78009<br>Includes November And December 2024 |
| Freedom Mortgage Corporation<br>Bankruptcy Department<br>11988 Exit 5 Pkwy Bldg 4<br>Fishers,IN 46037-7939 | $650.00 | 4 | Fees, Costs, and Expenses (3002.1)<br>Acct No: 0719<br>182 Lantana Path Castroville, Tx 78009 |
| Internal Revenue Service<br>P O Box 7317<br>Philadelphia,PA 19101-7317 | $6,137.33 | 2 | UNSECURED<br>Acct No: 4233<br>2019 |
| Navy Federal Credit Union<br>P O Box 3000<br>Merrifield,VA 22119-3000 | $23,550.00 | 1 | SECURED BY VEHICLE<br>Acct No: 1005<br>2018 Chevy Silverado 1500<br>Unsecured Portion Discharged In Ch. 7 |
| Performance Finance<br>Po Box 3882<br>Oak Brook,IL 60522-3882 | $14,785.00 | 3 | SECURED BY VEHICLE<br>Acct No: 0743<br>2019 Indian Chieftain Ltd<br>Unsecured Portion Discharged In Ch. 7 |

## Creditors that will be maintained during the plan and paid beyond the plan

| Name and Address of Creditor | Monthly Payments by Trustee | Classification |
|---|---|---|
| Freedom Mortgage Corporation<br>Bankruptcy Department<br>11988 Exit 5 Pkwy Bldg 4<br>Fishers,IN 46037-7939 | $1,988.35<br><br>Clm# 4 | Ongoing Mortgage<br>Acct No: 0719<br>182 Lantana Path |

Pursuant to Section 502(a) of the bankruptcy code, all claims filed are deemed allowed.

If no objection is received, the claim will be paid as filed, pursuant to the Chapter 13 Plan. To the extent the Trustee has made a disbursement(s) to a creditor and there subsequently an objection is filed, any disbursement(s) is deemed as appropriately paid by the Trustee and no recovery of such disbursement(s) is necessary. At the time of disbursement(s) the claim was allowed.

In the Standing Chapter 13 Trustee's examination of claims and review of the court's claim register, a claim has not been filed for the following scheduled creditors. The Trustee will make no payments to these creditors.

## Creditor with No Claim on Record

| Name and Address of Creditor | Amount | Classification | |
|---|---|---|---|
| Conn'S Homeplus<br>2445 Technology Forest Boulevard<br>Building 4, Suite 800<br>The Woodlands,TX 77381 | $0.00 | SECURED<br>Acct No: 0870<br>Scheduled Amount<br>Tv And Freezer<br><br>Surrendered | $3,126.00 |
| Department Of Veterans Affairs<br>Debt Management Center<br>Po Box 11930<br>Saint Paul Mn 55111-0930<br>, 55111-0930 | $0.00 | UNSECURED<br>Acct No:<br>Scheduled Amount<br><br>Not filed | $2,500.00 |
| Internal Revenue Service<br>Special Procedures-Insolvency<br>P.O. Box 7346<br>Philadelphia,PA 19101-7346 | $0.00 | PRIORITY<br>Acct No:<br>Scheduled Amount<br><br>2019<br>Not filed | $3,600.00 |
| Medina County Tax Assessor<br>Melissa Lutz, Pcc<br>1102 15Th Street<br>Hondo,TX 78861 | $0.00 | SECURED<br>Acct No:<br>Scheduled Amount<br>182 Lantana Path Castroville, Tx 78009<br>Escrow<br>Paid outside | $1,128.36 |
| Misty Washington<br>210 Campbell St<br>Anadarko,OK 73005 | $0.00 | PRIORITY ARREARS<br>Acct No:<br>Scheduled Amount<br><br>Not filed | $0.00 |
| Okdhs<br>Attn: Bankruptcy<br>Po Box 248822<br>Oklahoma City,OK 73124 | $0.00 | PRIORITY ARREARS<br>Acct No: 4001<br>Scheduled Amount<br><br>Not filed | $0.00 |

| | | | |
|---|---|---|---|
| Phh Mortgage Services<br>P.O. Box 371458<br>Pittsburgh Pa 15250-0000<br>, 15250 | $0.00 | UNSECURED<br>Acct No:<br>Scheduled Amount<br><br>Not filed | $0.00 |
| Potranco Ranch Hos<br>C/O Diamond Association Management<br>14603 Huebner Road Bldg 40<br>San Antonio,TX 78230 | $0.00 | SECURED<br>Acct No:<br>Scheduled Amount<br>182 Lantana Path Castroville, Tx 78009<br><br>Paid outside | $150.00 |
| Steven Maduro<br>14535 Rawhide Way<br>San Antonio Tx 78254-0000<br>, 78254 | $0.00 | UNSECURED<br>Acct No: 0846<br>Scheduled Amount<br><br>Not filed | $0.00 |
| Stuff Storage<br>3215 Us Hwy 90 East<br>Castroville,TX 78009 | $0.00 | UNSECURED<br>Acct No:<br>Scheduled Amount<br><br>Assume Storage Unit<br>Paid outside | $0.00 |
| Toyota Financial Services<br>Attn: Bankruptcy<br>Po Box 259001<br>Plano,TX 75025 | $0.00 | SECURED BY VEHICLE<br>Acct No: 0001<br>Scheduled Amount<br>2019 Toyota Camry<br><br>Paid outside | $12,721.78 |

Dated: June 26, 2025

*/s/ Mary K. Viegelahn*

MARY K. VIEGELAHN  P42327 (MI)
CHAPTER 13 TRUSTEE
mviegelahn@sach13.com
10500 Heritage Blvd, Ste. 201
San Antonio, TX  78216
(210) 824-1460  fax:(210) 824-1328